UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

BETTY JEAN BUTLER                        :
                                         :
          Plaintiff,                     :
                                         :
v.                                       :         CIVIL ACTION FILE
                                         :         NO.: 1:10-CV-79 (WLS)
CLARK CONSTRUCTION GROUP, LLC,           :
CLARK ENTERPRISES, INC., ECILA           :
PLANTATION, LLC, and FREDDIE             :
CARLISLE,                                :
                                         :
          Defendants.                    :

## STIPULATION EXTENDING TIME FOR FILING OF ANSWER AND DEFENSIVE PLEADINGS

It is hereby stipulated between the parties hereto, pursuant to the provisions of Rule 6 of the Federal Rules of Civil Procedure and Rule 6 of the Local Rules for the United States District Court for the Middle District of Georgia:

1.

The time in which the Defendants may file defensive pleadings, including, but not limited to answers, motions, counterclaims, and other pleadings and defenses in the captioned matter is extended to and includes the 27th day of August, 2010.

2.

Said extension does not exceed the 30 days from the original answer deadline.

Respectfully submitted, this 3rd day of August, 2010.

ATTORNEYS FOR PLAINTIFF

BY: *Charles E. Peeler by L. E. Hatcher*

    Charles E. Peeler, Esq.
    (by Louis E. Hatcher with
    express permission)
    Flynn Peeler & Phillips, LLC
    517 West Broad Avenue
    Post Office Box 7
    Albany, Georgia 31702
    (229) 446-4886 Telephone
    (229) 446-4884 Facsimile
    cpeeler@fpplaw.com


ATTORNEYS FOR DEFENDANT

BY: *Louis E. Hatcher*

    Louis E. Hatcher
    Watson Spence LLP
    Ga. Bar No.: 337342
    P. O. Box 2008
    Albany, GA 31702-2008
    (229) 436-1573 Telephone
    (229) 436-6358 Facsimile
    Lhatcher@watsonspence.com

    Christopher Alan Weals, Esq.
    Morgan, Lewis & Bockius, LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    (202) 739-5350 Telephone
    (202) 739-3001 Facsimile
    cweals@MorganLewis.com


This document prepared by:

Louis E. Hatcher
Ga. Bar No.: 337342
P. O. Box 2008
Albany, GA 31702-2008
(229) 436-1573

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010, I electronically filed the foregoing Stipulation Extending Time for Filing of Defensive Pleadings with the Clerk of Court using the CM/ECF system which will give notice to the following:

Charles E. Peeler, Esq.

This 3rd day of August, 2010.

Louis E. Hatcher